# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TODD HERSHEY,<br>                Plaintiff,<br><br>V.<br><br>PENNSYLVANIA DEPARTMENT<br>OF TRANSPORTATION, et al.,<br>                Defendants. | Case Number<br>1:21-cv-00506-SHR |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Ryan B. Smith on behalf of all Defendants. Pursuant to Local Rule 83.15, Defendants continue to be represented by Catherine Twigg and Anthony Bowers.

Date: May 18, 2022

Respectfully submitted,

*/s/ Ryan B. Smith*
Ryan B. Smith
Pa. Attorney ID 324643
269.873.8008

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TODD HERSHEY** :<br>            **Plaintiff,** :<br>:<br>V. :<br>:<br>**PENNSYLVANIA DEPARTMENT** :<br>**OF TRANSPORTATION**, et al., :<br>            **Defendants.** :<br>: | **Case Number**<br>**1:21-cv-00506-SHR** |

## ORDER

AND NOW on this _____ day of _____, 2022, it is hereby **ORDERED** that Attorney Ryan B. Smith's request for leave to withdraw as counsel for Defendants is **GRANTED**. Pursuant to Local Rule 83.15, Defendants continue to be represented by Attorneys Catherine Twigg and Anthony Bowers.

_____

Sylvia H. Rambo, J.

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TODD HERSHEY,** <br>                  **Plaintiff,** <br><br> **V.** <br><br> **PENNSYLVANIA DEPARTMENT OF TRANSPORTATION**, et al., <br>                  **Defendants.** | **Case Number** <br> **1:21-cv-00506-SHR** |

## **CERTIFICATE OF SERVICE**

I, Ryan B. Smith, hereby certify than I caused to be served a true and correct copy of the foregoing document titled "Withdrawal of Appearance" upon all counsel of record via the Court's electronic filing system pursuant to Local Rule 5.7.

Date: May 18, 2022                            Respectfully submitted,

                                                       */s/ Ryan B. Smith* <br>
                                                       Ryan B. Smith