IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TODD HERSHEY, | : | |
| | : | |
| Plaintiff, | : | Case No.: 1:21-cv-0506-SHR |
| | : | |
| v. | : | |
| | : | |
| THE PENNSYLVANIA DEPARTMENT OF TRANSPORTATION; | : | Electronically Filed |
| | : | |
| YASSMIN GRAMIAN; THOMAS PRESTASH; DAVID KRAMMERER; MARK YECKLEY; DAVID TODD STRAIT; JEFFREY PARKS; MELISSA MATCHOCK; and MICHAEL RISHEL, *jointly and severally*, | : | Judge Sylvia H. Rambo |
| | : | |
| Defendants. | | |

## ORDER OF COURT

**AND NOW TO WIT**, this 26th day of May, 2022, upon due and careful consideration of the Unopposed Motion for Leave to File a Brief in Support of Plaintiff's Motion to Extend Deadlines and Leave to File a Second Amended Complaint, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that the Motion is Granted, and Plaintiff must file its Brief in Support on or before June 1, 2022. Further, Defendants shall file their Brief in Opposition within fourteen (14) days after service of Plaintiff's Brief in Support.

S/Sylvia H. Rambo
United States District Judge